1  BESS M. BREWER, #100364
   LAW OFFICE OF
2  BESS M. BREWER & ASSOCIATES
   1023 H Street, Suite B5
3  Sacramento, CA 95814
   Telephone: (916) 448-8600
4  Facsimile: (916) 448-8605

5  Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DIANA M. MALDONADO** <br> **xxx-xx-8957** <br><br> **Plaintiff,** <br><br> v. <br><br> **MICHAEL J. ASTRUE** <br> **Commissioner of Social Security** <br> **of the United States of America,** <br><br> **Defendant.** | Case No. CIV-07-1549 EFB <br><br> **STIPULATION AND ORDER EXTENDING PLAINTIFF'S TIME TO FILE MEMORANDUM IN SUPPORT OF SUMMARY JUDGMENT** |

IT IS HEREBY STIPULATED by and between the parties, through their attorneys, and with the permission of the Court as evidenced below, that the Plaintiff's time to file the summary judgment in this case is hereby extended from March 3, 2008 to April 25, 2008. This is plaintiff's first extension and is required due to plaintiff's counsel's very heavy briefing schedule and scheduled vacation out of the country beginning April 3, 2008.

/ / / /

/ / / /

/ / / /

/ / / /

1

| | |
|---|---|
| Dated: February 25, 2008 | */s/Bess M. Brewer*<br>BESS M. BREWER<br>Attorney at Law |
| | Attorney for Plaintiff |
| Dated: February 25, 2008 | McGregor W. Scott<br>United States Attorney<br>*/s/ Shea Lita Bond*<br>SHEA LITA BOND<br>Special Assistant U.S. Attorney<br>Social Security Administration<br>Attorney for Defendant |

**ORDER**

APPROVED AND SO ORDERED.

DATED: February 26, 2008.

_____
EDMUND F. BRENNAN
U.S. MAGISTRATE JUDGE