1 BESS M. BREWER, #100364
LAW OFFICE OF
2 BESS M. BREWER & ASSOCIATES
1023 H Street, Suite B5
3 Sacramento, CA 95814
Telephone: (916) 448-8600
4 Facsimile: (916) 448-8605

5 Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DIANA M. MALDONADO**<br>**xxx-xx-8957** )<br>)<br>)<br>)<br>        **Plaintiff,**         )<br>)<br>**v.**                             )<br>)<br>**MICHAEL J. ASTRUE**         )<br>**Commissioner of Social Security** )<br>**of the United States of America,** )<br>)<br>        **Defendant.**         )<br>)<br>_____ ) | **Case No. CIV-07-1549 EFB**<br><br>**STIPULATION AND ORDER**<br>**EXTENDING PLAINTIFF'S TIME TO**<br>**FILE MEMORANDUM IN SUPPORT**<br>**OF SUMMARY JUDGMENT** |

    IT IS HEREBY STIPULATED by and between the parties, through their attorneys, and with the permission of the Court as evidenced below, that the Plaintiff's time to file the summary judgment in this case is hereby extended from May 14, 2008 to May 20, 2008.  This extension is required due to plaintiff's counsel's very heavy briefing schedule and 9th Circuit oral argument scheduled for May 14, 2008.

////

////

////

1

| | |
|---|---|
| Dated: May 12, 2008 | */s/Bess M. Brewer* <br> BESS M. BREWER <br> Attorney at Law |
| | Attorney for Plaintiff |
| Dated: May 12, 2008 | McGregor W. Scott <br><br> United States Attorney <br><br> /s/ *SHEA LITA BOND* <br> SHEA LITA BOND <br> Special Assistant U.S. Attorney <br> Social Security Administration <br><br> Attorney for Defendant |

**ORDER**

APPROVED AND SO ORDERED.

DATED: May 13, 2008.

_____
EDMUND F. BRENNAN
U.S. MAGISTRATE JUDGE

2